DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODNEY ENGLISH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0931

[December 3, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 22-010559CF10A.

Daniel Eisinger, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Koonce v. State*, No. 4D2024-1016, 2025 WL 3152840, at *4 (Fla. 4th DCA Nov. 12, 2025); *Bartels v. State*, 410 So. 3d 21, 23 (Fla. 4th DCA 2025), *reh'g denied* (July 22, 2025); *Guzman v. State*, 350 So. 3d 72, 73 (Fla. 4th DCA 2022).

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***